1  LAW OFFICES OF BRADLEY I. KRAMER, M.D., ESQ.
   BRADLEY I. KRAMER (SBN 234351)
2  809 S. Gretna Green Way, #303
   Los Angeles, California 90049
3  Telephone: (310) 415-5410
   Email: bkramer@stanfordalumni.org
4
   WATSON ROUNDS
5  MICHAEL D. ROUNDS, ESQ.
   Nevada Bar No. 004734
6  MATTHEW D. FRANCIS, ESQ.
   Nevada Bar No. 006978
7  5371 Kietzke Lane
   Reno, Nevada 89511
8  Telephone: (775) 324-4100
   Email: mrounds@watsonrounds.com
9  Email: mfrancis@watsonrounds.com

10  Attorneys for Plaintiff/Counterdefendant SkyZone, LLC

11
                 **UNITED STATES DISTRICT COURT**
12
                      **DISTRICT OF NEVADA**
13

14
   SKYZONE, LLC, a Nevada limited liability      )  Case No. 2:10-cv-00567-ECR-RJJ
15  company,                                      )
                                                  )  **JOINT STIPULATION AND**
16                   Plaintiff,                   )  **ORDER TO VACATE CLAIM**
                                                  )  **CONSTRUCTION DATES**
17       vs.                                      )
                                                  )
18  FLIP N OUT, LLC, a Nevada limited liability   )
   company, and DOES 1-20, inclusive,            )
19                                                )
                     Defendants.                  )
20                                                )
                                                  )
21  And Related Counterclaims.                    )

22       WHEREAS, the Court's Discovery Plan and Scheduling Order of September 27, 2010 set

23  the deadline for initial claim construction briefs to thirty (30) days after the meet and confer

24  conference, for rebuttal claim construction briefs to thirty (30) days after the filing of the initial

25  claim construction briefs, and for expert disclosures on issues for which a party bears the burden

26  of proof to thirty (30) days after the Court's claim construction decision,

27       WHEREAS, the parties agree to the following claim construction of U.S. Patent

28  5,624,122:

                                    - 1 -

| Term | Claim | Construction |
|------|-------|--------------|
| "means to support each of said cables at their respective extremities" | 1 | The function is to support each of said cables at their respective extremities.<br><br>The structure is posts and equivalents thereof. |

WHEREAS, the parties agree that all other claim terms shall have their plain and ordinary meaning, and no claim construction is required for those terms,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

1.      The deadlines for initial and rebuttal claim construction briefs are vacated; and

2       The deadline for expert disclosures on issues for which a party bears the burden of proof is thirty (30) days after the Court's approval of this Joint Stipulation.

IT IS SO STIPULATED:

Dated: December 22, 2010                    Dated: December 22, 2010

By: /s/ Matthew D. Francis                  /s/ Michael K. Wall
LAW OFFICES OF BRADLEY I.                   HUTCHISON & STEFFEN, LLC
KRAMER, M.D., ESQ.                          MICHAEL K. WALL, ESQ.
BRADLEY I. KRAMER                           Nevada Bar No. 2098
(SBN 234351)                                JACOB A. REYNOLDS, ESQ.
809 S. Gretna Green Way, #303               Nevada Bar No. 10199
Los Angeles, California 90049               10080 West Alta Drive, Suite 200
Telephone: (310) 415-5410                   Las Vegas, Nevada 89145
Email: bkramer@stanfordalumni.org           mwall@hutchlegal.com
                                            jreynolds@hutchlegal.com
WATSON ROUNDS
MICHAEL D. ROUNDS, ESQ.                     Attorneys for Defendant/Counterclaimant Flip
Nevada Bar No. 4734                         N Out, LLC.
MATTHEW D. FRANCIS, ESQ.
Nevada Bar No. 6978
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Email: mrounds@watsonrounds.com
Email: mfrancis@watsonrounds.com

- 2 -

Attorneys for Plaintiff/
Counterdefendant SkyZone, LLC

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_February 22, 2011_____

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I caused the above and foregoing document

entitled **Joint Stipulation and [Proposed] Order to Vacate Claim Construction Dates** to be

served electronically by the court to all attorneys or parties on the Service List of the above-

entitled matter and/or:

☐  by placing same to be deposited for mailing in the United States Mail with first

class postage thereon fully prepaid at Reno, Nevada; and/or

☒  pursuant to LR 5-4 and the NEF system by electronic case filing to the attorneys/

parties listed below at the address indicated below:

Michael K. Wall, Esq.
Jacob A. Reynolds, Esq.
Hutchison & Steffen, LLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
mwall@hutchlegal.com

- 3 -

1  jreynolds@hutchlegal.com

2

3          ☒        (**Federal**) I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.

5          DATED: December 22, 2010, at Reno, Nevada.

6                                                   /s/ Robert Hunter
                                                   An Employee of Watson Rounds
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -