1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                      * * *

9    SKYZONE, LLC, etc.,              )
                                      )
10              Plaintiff,            )        2:10-0567-ECR-RJJ
                                      )
11   vs.                              )
                                      )
12   FLIP N OUT, LLC, etc., *et al*., )        O R D E R
                                      )
13              Defendant,            )
     _____)
14   AND RELATED COUNTERCLAIM.        )
     _____)

15
16          The Court having reviewed the docket in this case and good cause appearing therefore,

17          In order to avoid the appearance of impropriety, the undersigned Magistrate Judge hereby

18   recuses himself from the above entitled matter because of substantial knowledge of this case

     acquired during a settlement conference conducted with the parties.
19
20          Based on the foregoing, and the Code of Judicial Conduct, Canon 3(C)(1)(b) (1984) and

21   Title 28, United States Code, Section 455(b)(3), this matter is referred to the Clerk of the Court

     for reassignment.
22
23          DATED this   28TH  day of December, 2011.

24

25

26                                          _____
                                            ROBERT J. JOHNSTON
27                                          United States Magistrate Judge

28