MICHAEL K. WALL, ESQ.
Nevada Bar No. 2098
JACOB A. REYNOLDS, ESQ.
Nevada Bar No. 10199
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
mwall@hutchlegal.com
jreynolds@hutchlegal.com
702-385-2500 Phone
702-385-2086 *Facsimile*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SKY ZONE, LLC, a Nevada limited liability company, | Case No. 2:10-cv-00567-JCM-PAL |
| Plaintiff, | **JOINT MOTION, STIPULATION, AND ORDER FOR CONTINUATION OF TRIAL DATE** |
| vs. | |
| FLIP N OUT, LLC, a Nevada limited liability company, and DOES 1-20, inclusive, | **(First Request)** |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

**JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER FOR CONTINUATION OF TRIAL DATE**

Plaintiff/Counterdefendant Sky Zone, LLC ("Plaintiff"), and Defendant/ Counterclaimant, Flip N Out, LLC ("Defendant") (the "Parties"), by and through their counsel of record, submit this Joint Motion and Stipulation (the "Stipulation") for continuance of the trial date, currently set for September 28, 2015, with a calendar call date of September 23, 2015. (Doc. 114, Scheduling Order at 24:4-5).  Pursuant to the Court's Scheduling Order, the date of trial "shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice." (*Id.* at 24:19-20.)  Accordingly, this Stipulation requests a amendment of the scheduling order by agreement of the parties and order of the Court.

The Stipulation is being submitted because Jacob A. Reynolds, who has been primary counsel for Defendant throughout these proceedings, has left his partnership at the firm as of April 20, 2015, and intends to only retain an "Of Counsel" position at the firm through the 2016 election cycle.  In his new position, Mr. Reynolds will not be able to have an active role in this litigation.

Attorney Michael Wall at Hutchison & Steffen will be taking over the representation for Defendant, at the election of Defendant, and because Wall is the only other attorney at the firm who has participated in the discovery phase of the case.

The purpose of the Stipulation is that Michael Wall already has a trial set starting in September 2015, which is a firm trial setting, and will go from four to six weeks.  The case is in state court: *Damery v. McGrath, et al.*, Case No. A-10-620078-C, Dept. No. 10.  The parties already began trial once in the state court case, but due to a mistrial it is being retried beginning in September.  Accordingly this firm trial setting in state court will make Mr. Wall unavailable for the current pretrial conferences, calendar, and trial dates. (*See* Doc 114, Scheduling Order.)

Accordingly, the parties request that the Court continue the trial in this case, including the administrative dates, to the next available trial date after November 1, 2015.

The Parties do not seek to unduly delay the trial and for that reason are bringing this matter to the Court's attention in good faith, several months in advance of the trial date, to allow the Court greater discretion in setting the trial date **after November 1, 2015**.

1

**JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER FOR CONTINUATION OF TRIAL DATE**

1  The Parties expressly agree that the execution of this Stipulation shall not be deemed an

2  admission or waiver of any rights belonging to any party hereto.

3  IT IS SO STIPULATED:

4  Dated: April 30, 2015                    Dated: April 30, 2015

5

6  By: /s/ Matthew D. Francis              /s/ Jacob A. Reynolds
   LAW OFFICES OF BRADLEY I.               HUTCHISON & STEFFEN, LLC
7  KRAMER, M.D., ESQ.                      MICHAEL K. WALL, ESQ.
   BRADLEY I. KRAMER                       Nevada Bar No. 2098
8  (SBN 234351)                            JACOB A. REYNOLDS, ESQ.
   809 S. Gretna Green Way, #303           Nevada Bar No. 10199
9  Los Angeles, California 90049           10080 West Alta Drive, Suite 200
   Telephone: (310) 415-5410               Las Vegas, Nevada 89145
10 Email: bkramer@stanfordalumni.org       mwall@hutchlegal.com
                                           jreynolds@hutchlegal.com
11 WATSON ROUNDS
12 MICHAEL D. ROUNDS, ESQ.                 Attorneys for Defendant/Counterclaimant Flip
   Nevada Bar No. 4734                     N Out, LLC.
13 MATTHEW D. FRANCIS, ESQ.
   Nevada Bar No. 6978
14 5371 Kietzke Lane
   Reno, Nevada 89511
15 Telephone: (775) 324-4100
16 Email: mrounds@watsonrounds.com
   Email: mfrancis@watsonrounds.com
17
   Attorneys for Plaintiff/
18 Counterdefendant SkyZone, LLC

19

20                          **ACTION BY THE COURT**

21    (a)    This case is set down for Court/jury trial on the fixed/stacked calendar on **[a date
22 after November 1, 2015]** November 2, 2015 at 9:00 a.m.  Calendar call shall be held on
23  October 28, 2015 at 1:30 p.m.
24    (b)    An original and two (2) copies of each trial brief shall be submitted to the Clerk
25 on or before  October 28, 2015 at calendar.call.
26    (c)    Jury trials:
27
28
                                          2
   **JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER FOR CONTINUATION
                            OF TRIAL DATE**

1    (1)  An original and two (2) copies of all instructions requested by either party shall be submitted to the Clerk for filing on or before  October 28, 2015 at calendar call.

 (2)  An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the Court on *voir dire* shall be submitted to the Clerk for filing on or before  October 28, 2015 at calendar call.

(d)  Court trials:

Proposed findings of fact and conclusions of law shall be filed on or before October 28, 2015 at calendar call.

The foregoing stipulation and order has been approved by the parties to this action as evidenced by the signatures of their counsel hereon, and the order is hereby entered and will govern the trial of this case.  This order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

Dated:  May 1, 2015

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Watson Rounds, and that on this date, April 30, 2015, a copy of the foregoing **JOINT MOTION, STIPULATION, AND [PROPOSED] ORDER FOR CONTINUATION OF TRIAL DATE** has been served upon counsel of record registered in this matter via the District of Nevada's ECF procedure.

LAW OFFICES OF BRADLEY I. KRAMER, M.D., ESQ.
BRADLEY I. KRAMER (SBN 234351)
809 S. Gretna Green Way, #303
Los Angeles, California 90049
Telephone: (310) 415-5410
Email: bkramer@stanfordalumni.org

WATSON ROUNDS
MICHAEL D. ROUNDS, ESQ.
Nevada Bar No. 4734
MATTHEW D. FRANCIS, ESQ.
Nevada Bar No. 6978
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Email: mrounds@watsonrounds.com
Email: mfrancis@watsonrounds.com

Attorneys for Plaintiff/
Counterdefendant SKY ZONE, LLC

Dated:  April 30, 2015                              By: /s/ Bobbie Benitez
                                                    An Employee of Hutchison & Steffen