MICHAEL K. WALL, ESQ.
Nevada Bar No. 2098
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
mwall@hutchlegal.com
702-385-2500 Phone
702-385-2086 Facsimile

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SKY ZONE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FLIP N OUT, LLC, a Nevada limited liability company, and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:10-cv-00567-JCM-PAL<br><br>**STIPULATION, AND ORDER FOR EXTENSION TO RESPOND TO MOTION IN LIMINE**<br><br>**(First Request)** |

---

**STIPULATION, AND [PROPOSED] ORDER FOR EXTENSION TO RESPOND TO MOTION IN LIMINE**

Plaintiff/Counterdefendant Sky Zone, LLC ("Plaintiff"), and Defendant/Counter-claimant, Flip N Out, LLC ("Defendant") (the "Parties"), by and through their counsel of record, submit this Stipulation (the "Stipulation") for extension of time to respond to the pending motion in limine filed by Plaintiff on May 14, 2015 (the "Motion"). (*See* Doc. 118, Mot.)

Counsel for Defendant has been out of the state substantially over the past two weeks for depositions and other commitments and has additional out-of-state depositions scheduled for the upcoming week, May 26-29, 2015. This request for an extension is made with good cause and not for the purposes of delay. The trial in this matter is scheduled to begin November 2, 2015.

Currently Defendant's response is due on May 31, 2015. By this stipulation, the parties agree that Defendant shall have until **Friday June 12, 2015**, to file its Response to the Motion.

The Parties expressly agree that the execution of this Stipulation shall not be deemed an admission or waiver of any rights belonging to any party hereto.

IT IS SO STIPULATED:

Dated: May 21, 2015

By: /s/ Matthew D. Francis
WATSON ROUNDS
MICHAEL D. ROUNDS, ESQ.
Nevada Bar No. 4734
MATTHEW D. FRANCIS, ESQ.
Nevada Bar No. 6978
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Email: mrounds@watsonrounds.com
Email: mfrancis@watsonrounds.com
Attorneys for Plaintiff/
Counterdefendant SkyZone, LLC

Dated: May 21, 2015

/s/ Michael K. Wall
HUTCHISON & STEFFEN, LLC
MICHAEL K. WALL, ESQ.
Nevada Bar No. 2098
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
mwall@hutchlegal.com
jreynolds@hutchlegal.com

Attorneys for Defendant/Counterclaimant Flip N Out, LLC.

**IT IS SO ORDERED.**
Dated: May 22, 2015

_____
UNITED STATES DISTRICT JUDGE

1

**STIPULATION, AND [PROPOSED] ORDER FOR EXTENSION TO RESPOND TO MOTION IN LIMINE**

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Watson Rounds, and that on this date, May 21, 2015, a copy of the foregoing **STIPULATION, AND [PROPOSED] ORDER FOR EXTENSION TO RESPOND TO MOTION IN LIMINE** has been served upon counsel of record registered in this matter via the District of Nevada's ECF procedure.

LAW OFFICES OF BRADLEY I. KRAMER, M.D., ESQ.
BRADLEY I. KRAMER (SBN 234351)
809 S. Gretna Green Way, #303
Los Angeles, California 90049
Telephone: (310) 415-5410
Email: bkramer@stanfordalumni.org

WATSON ROUNDS
MICHAEL D. ROUNDS, ESQ.
Nevada Bar No. 4734
MATTHEW D. FRANCIS, ESQ.
Nevada Bar No. 6978
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Email: mrounds@watsonrounds.com
Email: mfrancis@watsonrounds.com

Attorneys for Plaintiff/
Counterdefendant SKY ZONE, LLC

Dated: May 21, 2015                     By:/s/ Cindy Pittsenbarger
                                              An Employee of Hutchison & Steffen

---

2

**STIPULATION, AND [PROPOSED] ORDER FOR EXTENSION TO RESPOND TO MOTION IN LIMINE**