MICHAEL D. ROUNDS, Nevada Bar No. 4734
mrounds@bhfs.com
MATTHEW D. FRANCIS, Nevada Bar No. 6978
mfrancis@bhfs.com
ARTHUR A. ZORIO, Nevada Bar No. 6547
azorio@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775.324.4100
Facsimile: 775.333.8171

Attorneys for Plaintiff Sky Zone, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SKY ZONE, LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>FLIP N OUT, LLC, a Nevada limited liability company,<br><br>        Defendant. | CASE NO.: 2:10-cv-00567-JCM-PAL<br><br>**CONFESSED JUDGMENT** |

**IT IS HEREBY STIPULATED AND ORDERED:**

That by and through undersigned counsel, that judgment is entered against Defendant Flip N Out, LLC ("FNO"), and in favor of Sky Zone, LLC ("Sky Zone") as follows:

FNO shall pay Sky Zone a grand total of $250,000, with $30,000 payable within 30 days from October 20, 2015 (the "Effective Date"), and the remaining $220,000 payable 60 days after the Effective Date on a monthly basis over 5 years at a 4% interest rate per-annum. The Parties agree that this $250,000 amount reflects a 5.66% royalty rate on the total gross revenue for all services and goods generated by FNO between April of 2010, through July of 2015. The Parties agree that Sky Zone shall not execute on this Confessed Judgment unless any payment is not made by FNO. The Parties agree that all payments shall be made to Sky Zone, LLC, and shall be delivered to the following address, and made attention to:

Matthew D. Francis
Brownstein Hyatt Farber Schreck, LLP
5371 Kietzke Lane
Reno, Nevada 89511

**IT IS FURTHER STIPULATED AND ORDERED:**

Any and all other claims set forth in the above-captioned action are dismissed with prejudice.

**IT IS SO STIPULATED:**

Dated this 20th day of October, 2015.             Dated this 20th day of October, 2015

By: */s/ Matthew D. Francis*                      By: */s/ Michael K. Wall*
Michael D. Rounds                                 Michael K. Wall
Matthew D. Francis                                Mark A. Hutchison
Arthur A. Zorio                                   HUTCHISON & STEFFEN, LLC
BROWNSTEIN HYATT FARBER                           10080 West Alta Drive
SCHRECK, LLP                                      Suite 200
5371 Kietzke Lane                                 Las Vegas, Nevada 89145
Reno, Nevada 89511                                Telephone: (702) 38502599
Telephone: (775) 324-4100
Facsimile: (775) 333-8171                         Attorneys for Defendant
                                                  Flip N Out, LLC
Attorneys for Plaintiff
Sky Zone, LLC

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of   October  , 2015.

_____
DISTRICT COURT JUDGE

055549\0001\13600852.1