UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SKYZONE, LLC,<br><br>                    Plaintiff,<br>v.<br>FLIP N OUT, LLC, et al.,<br><br>                    Defendants. | Case No. 2:10-cv-00567-JCM-PAL<br><br>**ORDER**<br><br>(Mots. to Seal – Dkt. ## 130, 134, 138, 142, 145) |

This matter is before the Court on Plaintiff Sky Zone, LLC's Motions to Seal (Dkt. ## 130, 134, 138, 142, 145). Defendant Flip N Out has filed a Non-Opposition (Dkt. #146).

The Motions seek leave to file various exhibits containing patent applications and additional commercially sensitive documents under seal. This is an intellectual property action and the Court has entered a protective order governing documentation and testimony that is confidential to the parties' internal research and development, internal business strategies, and other sensitive information of a proprietary business or technical nature.

Having reviewed and considered the matter in accordance with the Ninth Circuit's directives set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds that Plaintiff has met its burden of establishing compelling reasons for these documents to remain sealed. Accordingly,

**IT IS ORDERED:** that Plaintiff Sky Zone, LLC's Motions to Seal (Dkt. ## 130, 134, 138, 142, 145) are GRANTED.

Dated this 28th day of October, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE